S. Lee Cox, plaintiff in error, v. Missionfield Coal Company, defendant in error.

Action for the value of coal mined on and taken away from plaintiff's land. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922.

Oliver D. Mann, for plaintiff in error. H. M. Steely and H. M. Steely, Jr., for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Joseph P. Lyons, complainant and appellee, v. Mary Frances Lyons, defendant and appellant.

Mary Frances Lyons, appellant, v. Joseph P. Lyons, appellee.

Appeal without the filing of an abstract complying with the rules of the court. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1921. Appeal dismissed. Opinion filed April 22, 1922.

W. J. Lewis and John M. Duffy, for appellant. E. A. Simmons, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Charles G. McIntosh, appellant, v. Carlinville Mining Company, appellee.

Action for services rendered. Judgment directed for defendant. Appeal from the Circuit Court of Macoupin county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 22, 1922.

A. J. Duggan, for appellant. Thomas Rinaker and A. H. Bell, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Swift & Company, plaintiff in error, v. Normal State Bank, defendant in error.

Trover for conversion of a check. Judgment for plaintiff for nominal damages from which he appeals. Error to the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922.

R. C. McManus and A. E. and R. C. DeMange, for plaintiff in error. Kennedy & Kennedy, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Minnie Zelk, appellee, v. Charles Simon, appellant.

Action for labor and services performed in and about the household of defendant. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 22, 1922.

Oscar J. Putting, for appellant. William J. Lawler and Herman H. Cohn, for appellee.

Mr. Justice Heard delivered the opinion of the court.